1  MICHELE BECKWITH
   Acting United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO: 5:25-MJ-00014-CDB

12 |                    Plaintiff,    | STIPULATION BETWEEN THE UNITED STATES
                                       AND DEFENDANT REGARDING PRODUCTION
13 |              v.                  | OF PROTECTED INFORMATION; PROTECTIVE
                                       ORDER
14 | CHARLIE EDWARD BELL III,

15 |                    Defendant.

16

17

18         WHEREAS, the discovery in this case contains private personal information regarding third

19 parties, including but not limited to their names, ages, and/or physical descriptions ("Protected

20 Information"); and

21         WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

22 unauthorized disclosure or dissemination of this information to anyone not a party to the court

23 proceedings in this matter;

24         The parties agree that entry of a stipulated protective order is therefore appropriate.

25         THEREFORE, defendant CHARLIE EDWARD BELL III, by and through his counsel of record,

26 Erin Snider ("Defense Counsel"), and the United States of America, by and through Assistant United

27 States Attorney Brittany M. Gunter, hereby agree and stipulate as follows:

28
                                                    1

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, as well as its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents or other information that contain Protected Information with anyone other than Defense Counsel's attorneys, designated defense investigators, designated defense experts, and support staff. Defense Counsel may permit the defendant to view unredacted documents or other information in the presence of his attorneys, defense investigators, and/or support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents or other information, if any, from which Protected Information has first been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or alternatively keep it archived within its sole possession at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to return the discovery to the government, or, at the request of government counsel, to forward it to new

///

///

counsel after new counsel has confirmed to government counsel in writing his or her agreement to the terms of this Order.

IT IS SO STIPULATED.

Dated: April 1, 2025    By:    /s/ ERIN SNIDER
                               ERIN SNIDER
                               Attorney for Defendant
                               Charlie Edward Bell III

Dated: April 2, 2025           MICHELE BECKWITH
                               Acting United States Attorney

                        By:    /s/ BRITTANY M. GUNTER
                               BRITTANY M. GUNTER
                               Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **April 3, 2025**

_____
UNITED STATES MAGISTRATE JUDGE